1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10   UNITED STATES OF AMERICA,

11                           Plaintiff,

12          v.

13   MEGAN N DAMIANI,

14                           Defendant.

CASE NO. CR09-5721 & CR09-5312

INITIAL ORDER RE:
ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION

15

16   THIS MATTER had an initial hearing on the Petition of the United States Probation
     Office on September 14, 2012 alleging that the defendant has violated the conditions of
17   supervision.

18   The U.S. Probation Office filed a petition alleging violations of the terms and
     conditions of supervision, and the defendant was advised of the allegation(s).

19
     The court found probable cause with regard to the allegation(s) and scheduled a
20   hearing on the petition to be held at the time and date below set forth before Judge
     Karen L. Strombom:

21
            *Date of hearing: October 4, 2012*

22
            *Time of hearing: 2:00pm*

23

24

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION - 1

On September 17, 2012, a detention hearing was held. The government was represented by Barbara Sievers. The defendant appeared personally and was represented by Jerome Kuh. At said hearing, the defendant stipulated to detention.

IT IS ORDERED that the defendant

__ Be released on an appearance bond, subject to the terms and conditions set forth thereon.

X Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 18 day of September, 2012.


Karen L. Strombom
United States Magistrate Judge